IT IS ORDERED

Date Entered on Docket: September 10, 2020



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re:<br>Julia E. Olguin<br><br>and<br><br>Maurice A. Olguin<br><br>*Non-filing spouse* | Case No. 20-11510-t7<br><br>Chapter: 7 |

**DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON PROPERTY LOCATED AT 308 ENCHANTED VALLEY ROAD NW, ALBUQUERQUE, NEW MEXICO 87107**

This matter came before the Court on the Motion for Relief from Automatic Stay and to Abandon Property filed on August 12, 2020 Docket No.: 11 (the "Motion") by Special Loan Servicing, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-7, its successors and/or assigns ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

1

1.  On August 12, 2020, Movant served the Motion and a Notice of the Motion (the "Notice") on the case Trustee, Edward Alexander Mazel ("Trustee"), and on Debtor's counsel, Wayne OBrien McCook, by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on Debtor(s) by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

2.  The Motion relates to the property known as 308 Enchanted Valley Road NW, Albuquerque, New Mexico 87107 (the "Property") with a legal description:

```
LOT NUMBERED FIFTEEN (15) OF THE ENCHANTED VALLEY ADDITION, A
SUBDIVISION OF A TRACT OF LAND SITUATED IN THE NW 1/4 OF SECTION
28, T 11 N, R 3 E, NEW MEXICO PRINCIPAL MERIDIAN, BERNALILLO
COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE
MAP OF SAID ADDITION, FILED IN THE OFFICE OF THE COUNTY CLERK OF
BERNALILLO COUNTY, NEW MEXICO ON JULY 30, 1958.
```

3.  The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which 3 days was added under Bankruptcy Rule 9006(f);

4.  The Notice was sufficient in form and content;

5.  The objection deadline expired on September 5, 2020;

6.  As of September 9, 2020, neither Debtor(s) nor Trustee, nor any other party in interest, filed an objection to the Motion;

7.  The Motion is well taken and should be granted as provided herein; and

8.  By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that, on September 9, 2020, Dyane Martinez, legal assistant of Weinstein & Riley, P.S. searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that DMDC does not possess any information indicating that Debtor(s) are currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby are granted relief from the automatic stay:

    a. To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements and/or other agreements to which Debtor(s) are a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against Debtor(s) or the Property, or both, in any court of competent jurisdiction; and

    b. To exercise any other right or remedy available to them under law or equity with respect to the Property.

2. Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Movant need not name Trustee as a defendant in any state court action it may pursue to foreclose liens against the Property and need not notify Trustee of any sale of the Property.

3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of Debtor(s), although Debtor(s) can be named as a defendant\defendants in litigation to obtain an *in rem* judgment or to repossess the Property in accordance with applicable non-bankruptcy law.

4. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

5. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

3

Case 20-11510-t7    Doc 14    Filed 09/10/20    Entered 09/10/20 16:39:28 Page 3 of 4

6. Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with Debtor(s) and to enter into a loan modification with Debtor(s).

XXX END OF ORDER XXX

Submitted by:

Weinstein & Riley, P.S.

/s/ Elizabeth V. Friedenstein
Elizabeth V. Friedenstein, # 141568
2501 San Pedro Drive NE Bldg A, Suite 102
Albuquerque, NM 87110
Direct: 505-348-3075
Fax: 505-214-5116
Email: ElizabethF@w-legal.com
Attorney for Movant

Copies to:
Julia E. Olguin
308 Enchanted Valley NM
Los Ranchos, NM 87107

Maurice A. Olguin
21223 Mandarin Glen Cir.
Spring, TX 77388

Wayne OBrien McCook
McCook Law Firm, LLC/UpRight Law LLC
500 Marquette Avenue NW, Suite 1200
Albuquerque, NM 87102

Edward Alexander Mazel
Edward Mazel Trustee
PO Box 21151
Albuquerque, NM 87154

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608